# COMPOSITE EXHIBIT 1

Page 1

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America

**FORM E FOREIGN**

| CLASS | REGISTRATION NO. |
|---|---|
| E | Ef0140219 |
| | DO NOT WRITE HERE |
| | EF    (EFO)    EU |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, U.S.A.,

together with the items specified in either Option A or B:

☐ **Option A:** One copy of the musical composition and a fee of $6. Make remittance payable to the Register of Copyrights.

☑ **Option B:** Two copies of the musical composition and a catalog card. *This option is not available for unpublished works or if the author or proprietor is a U.S. citizen, domiciliary, or resident on the date application is filed. Option B is available only if the copies, a properly completed application, and catalog card are received in the Copyright Office within 6 months of the date of first publication.*

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies of the work deposited.

Name: CIRRUS MUSIC

Address: 131 Hazelton Ave., Toronto 5, Ont., Canada

Name: _____

Address: _____

**2. Title:** AMERICAN WOMAN

(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5), give information about the author of the new matter.

Name: Randy C. Bachman   Citizenship: Canadian
(Give legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A. Yes ____ No X   Address: ~~xxxx~~ 199 Scotia St.,  Winnipeg 4, Canada   Author of words/music
(State which: words, music, arrangement, etc.)

Name: Burton Cummings   Citizenship: Canadian
(Give legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A. Yes ____ No X   Address: c/o 199 Scotia Street, Winnipeg 4, Canada   Author of words/music
(State which: words, music, arrangement, etc.)

Name: Jim Kale and Garry Peterson   Citizenship: both Canadian
(Give legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A. Yes ____ No X   Address: c/o 199 Scotia Street, Winnipeg 4, Canada   Author of words/music
(State which: words, music, arrangement, etc.)

➤ (NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.) ◄

**4. (a) Date of Publication:** Give the complete date when copies of this particular version of the musical composition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

November    10    1969
(Month)    (Day)    (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the musical composition was first published.

Canada

➤ (NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.) ◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____

Was work previously published? Yes ____ No ____ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of musical arrangement, compilation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

Complete all applicable spaces on next page

**6.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ..Cirrus Music.......................... Address 131 Hazelton Ave., Toronto 5, Canada

**8. Send certificate to:**

(Type or print name and address)

Name  NIMBUS 9 PRODUCTIONS LIMITED

Address  131 Hazelton Ave.,
(Number and street)

Toronto 5, Ont., Canada
(City)            (State)            (ZIP code)

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Inez Fridenberg*
(Signature of copyright claimant or duly authorized agent)

### Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A     Form A—Published book manufactured in the United States of America.

Class A or B   Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B     Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C     Form C—Lecture or similar production prepared for oral delivery.

Class D     Form D—Dramatic or dramatico-musical composition.

Class E     Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F     Form F—Map.
Class G     Form G—Work of art or a model or design for a work of art.
Class H     Form H—Reproduction of a work of art.
Class I     Form I—Drawing or plastic work of a scientific or technical character.
Class J     Form J—Photograph.
Class K     Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.
Class L or M   Form L-M—Motion picture.
Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

---

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
FEB. 13 1970

One copy received

Two copies received
FEB. 13 1970

Catalog card received
FEB. 13 1970

Fee received

Renewal
Ep 790-603

Page 1

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America

**FORM E FOREIGN**

| CLASS | REGISTRATION NO. |
|---|---|
| E | Efo138549 |
| | DO NOT WRITE HERE |
| | EF   EFO   EU |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, U.S.A.,

together with the items specified in either Option A or B:

☐ **Option A:** One copy of the musical composition and a fee of $6. Make remittance payable to the Register of Copyrights.

☐ **Option B:** Two copies of the musical composition and a catalog card. *This option is not available for unpublished works or if the author or proprietor is a U.S. citizen, domiciliary, or resident on the date application is filed. Option B is available only if the copies, a properly completed application, and catalog card are received in the Copyright Office within 6 months of the date of first publication.*

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies of the work deposited.

Name: Cirrus Music

Address: 131 Hazelton Ave., Toronto 5, Ont., Canada

Name: _____

Address: _____

**2. Title:** THESE EYES
*(Give the title of the musical composition as it appears on the copies)*

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5), give information about the author of the new matter.

Name: Randy C. Bachman    Citizenship: Canadian
*(Give legal name followed by pseudonym if latter appears on the copies)*    *(Name of country)*

Domiciled in U.S.A. Yes ____ No X   Address: 199 Scotia Street, Winnipeg 4, Canada    Author of: words/music
*(State which: words, music, arrangement, etc.)*

Name: Burton Cummings    Citizenship: Canadian
*(Give legal name followed by pseudonym if latter appears on the copies)*    *(Name of country)*

Domiciled in U.S.A. Yes ____ No X   Address: c/o 199 Scotia St., Winnipeg 4, Canada    Author of: words/music
*(State which: words, music, arrangement, etc.)*

Name: _____    Citizenship: _____
*(Give legal name followed by pseudonym if latter appears on the copies)*    *(Name of country)*

Domiciled in U.S.A. Yes ____ No ____   Address: _____    Author of: _____
*(State which: words, music, arrangement, etc.)*

▶▶ **(NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.)** ◀◀

**4. (a) Date of Publication:** Give the complete date when copies of this particular version of the musical composition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

April  30  1969
(Month)  (Day)  (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the musical composition was first published.

Canada

▶▶ **(NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.)** ◀◀

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____

Was work previously published? Yes ____ No ____ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of musical arrangement, compilation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

*Complete all applicable spaces on next page*

**6.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

.................................................................................................................................................

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ..... Cirrus Music ..................................... Address ..... 131 Hazelton Ave., Toronto 5, Canada

**8. Send certificate to:**

(Type or print name and address)

Name: Nimbus 9 Productions Limited
Address: 131 Hazelton Avenue
(Number and street)
Toronto 5, Ont., Canada
(City)   (State)   (ZIP code)

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Ines Fridenberg*
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C — Form C—Lecture or similar production prepared for oral delivery.

Class D — Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F — Form F—Map.

Class G — Form G—Work of art or a model or design for a work of art.

Class H — Form H—Reproduction of a work of art.

Class I — Form I—Drawing or plastic work of a scientific or technical character.

Class J — Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M — Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

---

**FOR COPYRIGHT OFFICE USE ONLY**

| Application received | |
|---|---|
| NOV 24 1969  ** | *(Cert.):In notice:"Cirrus Music,Inc." |
| One copy received | **(Cert.):Original appl. rec'd Oct.2,1969. |
| Two copies received | |
| OCT 2 1969 | |
| Catalog card received | |
| OCT 2 1969 | |
| Fee received | |
| Renewal | |
| RE 755574 | |

U.S. GOVERNMENT PRINTING OFFICE : 1968—O–322–065

Page 2

Page 1

# Application for Registration of a Claim to Copyright

In a musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America

**FORM E FOREIGN**

CLASS: E
REGISTRATION NO.: Efo138264

DO NOT WRITE HERE
EF ___ EFO ___ EU ___

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, U.S.A.,

together with the items specified in either Option A or B:

☐ **Option A:** One copy of the musical composition and a fee of $6. Make remittance payable to the Register of Copyrights.

☒ **Option B:** Two copies of the musical composition and a catalog card. *This option is not available for unpublished works or if the author or proprietor is a U.S. citizen, domiciliary, or resident on the date application is filed. Option B is available only if the copies, a properly completed application, and catalog card are received in the Copyright Office within 6 months of the date of first publication.*

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies of the work deposited.

Name: Cirrus Music

Address: 131 Hazelton Ave., Toronto 5, Ont., Canada

Name: _____

Address: _____

**2. Title:** NO TIME

(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5), give information about the author of the new matter.

Name: Randy C. Bachman
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: Canadian (Name of country)
Domiciled in U.S.A. Yes ___ No X   Address: 199 Scotia St., Winnipeg 4, Canada
Author of: words/music (State which: words, music, arrangement, etc.)

Name: Burton Cummings
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: Canadian (Name of country)
Domiciled in U.S.A. Yes ___ No X   Address: c/o 199 Scotia St., Winnipeg 4, Canada
Author of: words/music (State which: words, music, arrangement, etc.)

Name: _____
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: _____ (Name of country)
Domiciled in U.S.A. Yes ___ No ___   Address: _____
Author of: _____ (State which: words, music, arrangement, etc.)

➤ (NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.) ◄

**4. (a) Date of Publication:** Give the complete date when copies of this particular version of the musical composition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

September 30 1969
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the musical composition was first published.

Canada

➤ (NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.) ◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____

Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____

Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of musical arrangement, compilation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

*Complete all applicable spaces on next page*

Page 2

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account: ......................

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ...... Cirrus Music ............ Address ...... 131 Hazelton Ave., Toronto 5, Ont. Canada

8. Send certificate to:

(Type or print name and address)

Name: Nimbus 9 Productions Limited

Address: 131 Hazelton Ave.
(Number and street)

Toronto 5, Ont. Canada
(City)                (State)                (ZIP code)

9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Inez Fridenberg*
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.
Class D    Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.
Class G    Form G—Work of art or a model or design for a work of art.
Class H    Form H—Reproduction of a work of art.
Class I    Form I—Drawing or plastic work of a scientific or technical character.
Class J    Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M    Form L-M—Motion picture.

Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
NOV 12 1969

One copy received

Two copies received
NOV 12 1969

Catalog card received
NOV 12 1969

Fee received

Renewal
755-573

U.S. GOVERNMENT PRINTING OFFICE: 1968—O-322-065

Page 2