# EXHIBIT 3

ASSIGNMENT OF COPYRIGHTS

The undersigned ("Assignor"), for and in consideration of the sum of $1.00 (One Dollar) and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, conveys and assigns to BURTON CUMMINGS, d/b/a SHILLELAGH MUSIC, c/o Abraham Somer, Esq., Mitchell, Silberberg & Knupp, 1800 Century Park East, Los Angeles, California 90067 ("Assignee"), his successors and assigns, Assignor's right, title and interest in and to each of the musical compositions listed on Schedule A annexed hereto and made a part hereof, and such right, title and interest as Assignor possesses in the copyright therein and thereto for the initial term of copyright and any and all renewal terms (to the extent of Assignor's right thereto), as same may have been or may be extended, whether presently or in the future, and whether vested or contingent, under the laws now or hereafter in effect in the United States of America and in all other countries of the world, including the benefit of any and all claims, demands, actions and causes of action of Assignor against others relating to each of said musical compositions, whether or not such claims, demands, actions or causes of action accrued prior to the date hereof or shall accrue hereafter, and all other rights of Assignor of every kind, nature or description attaching to or which may attach to each of said musical compositions or which are embraced or included in said copyright, in accordance with an agreement between Assignor and Assignee dated as of July 23, 1980 (executed October 2, 1980).

Assignor warrants and represents that Assignor acquired the rights assigned hereby pursuant to an agreement dated January 31, 1974 (as of June 1, 1973) among the Assignor, Expressions Music Limited, Walrus-Moore Music, Ltd. and B.L.C. Ltd., and under other agreements annexed as exhibits thereto, and has not heretofore conveyed, assigned or encumbered or attempted to convey, assign or encumber any of its right,

ASSIGNMENT OF COPYRIGHTS

title or interest in or to any such musical composition or any copyright, renewal right or other rights therein or thereto acquired as stated above.

IN WITNESS WHEREOF, Assignor has executed this instrument this 10th day of December, 1980.

Province of Ontario )
In the Municipality )
of Metropolitan )
Toronto, Ontario, Canada )

NIMBUS 9 PRODUCTIONS LIMITED

By ______________
President

On December 10, 1980 there appeared before me David McLey, President of Nimbus 9 Productions Limited, who acknowledged to me that he executed the aforesaid assignment by order of the Board of Directors of said corporation.

______________
NOTARY PUBLIC

My commission ex

SCHEDULE "A"

| TITLE | COMPOSER(S) | U.S. COPYRIGHT REGISTRATION NO. | DATE |
|---|---|---|---|
| ALBERT FLASHER | Burton Cummings | EFO-148241 | 3/25/71 |
| ALL HASHED OUT | Burton Cummings/ K. Winter/B. Wallace | EFO-160826 | 1/30/73 |
| AMERICAN WOMAN | Burton Cummings/ R. Bachman/J. Kale/ G. Peterson | EFO-140219 | 2/13/70 |
| ANSWER (THE) | Burton Cummings/ R. Bachman | EFO-142024 | 5/1/70 |
| ARRIVEDERCI GIRL | Burton Cummings | EFO-154337 | 2/14/72 |
| ATTILA'S BLUES | | EFO-170894 | 6/10/74 |
| BACK TO THE CITY | Burton Cummings/ K. Winter | EFO-155199 | 3/9/72 |
| BALLAD OF THE LAST FIVE YEARS | | EFO-171690 | 8/5/74 |
| BROKEN | Burton Cummings/ K. Winter | EFO-148242 | 3/25/71 |
| BUS RIDER | K. Winter | EFO-144278 | |
| BYE BYE BABE | K. Winter/B. Wallace | EFO-160833 | |
| CARDBOARD EMPIRE | K. Winter/B. Wallace | EFO-165414 | |
| CLAP FOR THE WOLFMAN | | EFO-171691 | 8/5/74 |
| COMIN' DOWN OFF THE MONEY BAG | G. Leskiw | EFO-144775 | |
| COORS FOR SUNDAY | | EFO-178269 | 8/7/75 |
| DANCIN' FOOL | | EFO-176280 | 4/4/75 |
| DIGGIN' YOURSELF | | EFO-176281 | 4/4/75 |
| DIRTY | | EFO-176725 | 5/1/75 |
| DON'T YOU WANT ME | Burton Cummings | EFO-155197 | 3/9/72 |
| DOWN AND OUT WOMAN | | EFO-178268 | 8/7/75 |
| DO YOU MISS ME DARLIN' | B. Cummings/K. Winter | EFO-144778 | 10/8/70 |

SCHEDULE "A"

| TITLE | COMPOSER(S) | U.S. COPYRIGHT REGISTRATION NO. | DATE |
|---|---|---|---|
| DREAMS | | EFO-178261 | 8/7/75 |
| 8:15 | | EFO-140540 | 3/16/70 |
| EYE | | EFO-176724 | 5/1/75 |
| FAIR WARNING | | EFO-141524 | 3/15/70 |
| FIDDLIN' | Burton Cummings/K.Winter | EFO-151097 | 8/30/71 |
| FLAVOURS | Burton Cummings/ Domenic Toriano | | |
| FOLLOW YOUR DAUGHTER HOME | Burton Cummings/ D. McDougall/K. Winter/ G. Peterson/B. Wallace | EFO-160827 | 1/30/73 |
| FRIENDS OF MINE | | EFO-138255 | 11/6/69 |
| GET YOUR RIBBONS ON | Burton Cummings/K.Winter | EFO-154434 | 2/22/72 |
| GLAMOUR BOY | Burton Cummings | EFO-165116 | 9/21/73 |
| GOIN' A LITTLE CRAZY | Burton Cummings/K.Winter | EFO-151098 | 8/30/71 |
| GOT TO FIND ANOTHER WAY | | EFO-140897 | 3/25/70 |
| GREY DAY | G. Leskiw | EFO-151103 | |
| GUESS WHO BLUES | Burton Cummings/J. Kale G. Peterson/ R. Bachman | | |
| GUNS, GUNS, GUNS | Burton Cummings | EFO-154435 | 2/22/72 |
| HAMBA GAHLE-USALANG GAHLE | Burton Cummings K. Winter/B. Wallace | EFO-160828 | 1/30/73 |
| HAND ME DOWN WORLD | K. Winter | EFO-145226 | |
| HANG ON TO YOUR LIFE | Burton Cummings/K.Winter | EFO-144780 | 10/8/70 |
| HEARTBROKEN BOPPER | Burton Cummings/K.Winter | EFO-154338 | 2/14/72 |
| HERBERT'S A LOSER | K.Winter/G.Leskiw | EFO-155195 | |
| HOE DOWN TIME | | EFO-176282 | 4/4/75 |
| HUMPTY'S BLUES | Burton Cummings/J.Kale G.Peterson/R.Bachman | EFO-140553 | 3/16/70 |

VOL. 1826 PAGE 222

SCHEDULE "A"

| TITLE | COMPOSER(S) | U.S. COPYRIGHT REGISTRATION NO. | DATE |
|---|---|---|---|
| I FOUND HER IN A STAR | Burton Cummings | EFO-138258 | 11/12/69 |
| JUST LET ME SING | Burton Cummings | EFO-165415 | 9/24/73 |
| KEY | | EFO-138245 | 9/6/69 |
| LAUGHING | | EFO-138550 | 11/24/69 |
| LIE DOWN | Burton Cummings | EFO-165413 | 9/24/73 |
| LIFE IN THE BLOODSTREAM | Burton Cummings | EFO-151106 | 8/30/71 |
| LIGHTFOOT | | EFO-138254 | 11/6/69 |
| LONG GONE | | EFO-176723 | 5/1/75 |
| LOVE AND A YELLOW ROSE | | EFO-138253 | 11/6/69 |
| LOVES ME LIKE A BROTHER | | EFO-176722 | 5/1/75 |
| MAPLE FUDGE | | EFO-138257 | 11/12/69 |
| MINSTREL BOY | | EFO-138262 | 11/12/69 |
| MISS FRIZZY | | EFO-142017 | 5/1/70 |
| MOAN FOR YOU JOE | Burton Cummings/ G. Leskiw | EFO-145228 | 10/8/70 |
| MR. NOTHIN' | | (EF) 34197 | 11/12/69 |
| MUSICIONE | Burton Cummings/K.Winter/ B.Wallace/G.Peterson/ D.McDougall | EFO-165412 | 9/24/73 |
| NEW MOTHER NATURE | Burton Cummings | EFO-140552 | 3/16/70 |
| NOBODY KNOWS HIS NAME | | EFO-176636 | 5/8/75 |
| NO TIME | | EFO-138264 | 11/12/69 |
| OF A DROPPING PIN | | (EF) 34198 | 11/12/69 |
| OLD JOE | Burton Cummings | EFO-138261 | 11/12/69 |

SCHEDULE "A"

| TITLE | COMPOSER(S) | U.S. COPYRIGHT REGISTRATION NO. | DATE |
|---|---|---|---|
| ONE DIVIDED | G. Leskiw | EFO-151102 | |
| ONE MAN ARMY | Burton Cummings/ K. Winter | EFO-151099 | 8/30/71 |
| ONE WAY ROAD TO HELL | | EFO-170892 | 6/10/74 |
| ORLY | Burton Cummings | EFO-160829 | 1/30/73 |
| PAIN TRAIN | Burton Cummings/ K. Winter | EFO-151100 | 8/30/71 |
| PALMYRA | Burton Cummings/ R. Bachman | EFO-142026 | 5/1/70 |
| PINK WINE SPARKLES IN THE GLASS (THE) | Burton Cummings/ R. Bachman | EFO-138252 | 11/6/69 |
| PLEASIN' FOR REASON | | EFO-171692 | 8/5/74 |
| POWER IN THE MUSIC | | EFO-178267 | 8/7/75 |
| PROPER STRANGER | Burton Cummings/ R. Bachman | EFO-140218 | 2/13/70 |
| RAIN DANCE | Burton Cummings/ K. Winter | EFO-151101 | 8/30/71 |
| RICH WORLD, POOR WORLD | | EFO-178266 | 8/7/75 |
| ROAD FOOD | | EFO-171693 | 8/5/74 |
| ROCK AND ROLLER STEAM | K.Winter/B.Wallace | EFO-160832 | |
| ROSANNE | | EFO-178265 | 8/5/75 |
| RUNNIN' BACK TO SASKATOON | Burton Cummings/ K. Winter | EFO-157737 | 8/14/72 |
| RUNNIN' DOWN THE STREET | J.Kale/G. Peterson | EF-35562 | |
| SEEMS LIKE A CAN'T LIVE WITHOUT YOU | | EFO-176283 | 4/4/75 |
| SELF PITY | Burton Cummings | EFO-165411 | 4/24/73 |
| SHARE THE LAND (PRENDS MA MAIN) | Burton Cummings | EFO-144776 | 10/8/70 |

SCHEDULE "A"

| TITLE | COMPOSER(S) | U.S. COPYRIGHT REGISTRATION NO. | DATE |
|---|---|---|---|
| SHE MIGHT HAVE BEEN A NICE GIRL | Burton Cummings | EFO-151105 | 8/30/7 |
| SHOPPING BAG LADY | | EFO-178264 | 8/7/75 |
| SILVER BIRD | Burton Cummings/ R. Bachman | EFO-141521 | 4/15/7 |
| SMOKE BIG FACTORY | Burton Cummings/J. Kale/ K. Winter | EFO-154436 | 2/22/7 |
| SO LONG BANNATYNE | Burton Cummings/K. Winter | EFO-151107 | 8/30/7 |
| SONG OF THE DOG | Burton Cummings | EFO-144777 | 10/8/7 |
| SOUR SUITE | Burton Cummings | EFO-151104 | 8/30/7 |
| SPECIES HAWK | Burton Cummings/ R. Bachman | EFO-142654 | 6/15/7 |
| STAR BABY | Burton Cummings | EFO-167959 | 1/30/7 |
| STRAIGHTEN OUT | | EFO-170893 | 6/10/7 |
| TAKE IT OFF MY SHOULDERS | Burton Cummings/ D. McDougall | EFO-165410 | 9/24/7 |
| TALISMAN | Burton Cummings/R.Bachman | EFO-140551 | 3/16/7 |
| THESE EYES (MES YEUX) | Burton Cummings/R.Bachman | EFO-138549 | 11/24/ |
| THOSE SHOW BIZ SHOES | Burton Cummings | EFO-160831 | 1/30/7 |
| THREE MORE DAYS | Burton Cummings/K.Winter | EFO-144779 | 10/8/7 |
| TRUCKIN' OFF ACROSS THE SKY | Burton Cummings/J.Kale/ D.Mcdougall/G. Peterson/ K.Winter | EFO-157738 | 8/14/7 |
| UNDUN | Randy C. Bachman | EFO-138236 | |
| VERY FAR FROM NEAR | Burton Cummings | EFO-141255 | 4/13/7 |
| WATCHER (THE) | Burton Cummings/B.Wallace | EFO-160830 | 1/30/7 |
| WE'RE COMIN' TO DINNER | Burton Cummings/R.Bachman | EFO-138256 | 11/6/6 |

SCHEDULE "A"

| TITLE | COMPOSER(S) | U.S. COPYRIGHT REGISTRATION NO. | DATE |
|---|---|---|---|
| WHEN FRIENDS FALL OUT | Burton Cummings/ R. Bachman | EFO-140217 | 2/13/70 |
| WHEN THE BAND WAS SINGIN' "SHAKIN' ALL OVER" | | EFO-178263 | 8/7/75 |
| WHEN YOU TOUCH ME | Burton Cummings/ R. Bachman/R. Matheson | EFO-138259 | 11/12/69 |
| WOMEN | | EFO-178262 | 8/7/75 |
| YOUR NASHVILLE SNEAKERS | Burton Cummings | EFO-155198 | 3/9/72 |